UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Jose L. Linares |
| v. | : | Crim. No. 06-428 |
| GAMIL HANNA | : | O R D E R |

This matter having come before this Court on the application of defendant Gamil Hanna for early termination of his term of supervised release [Docket No. 25]; and the Court having reviewed defendant Gamil Hanna's letter in support of said application; and the Court having considered the United States of America's response to said application dated May 25, 2011; and for good cause shown;

IT IS on this 31st day of MAY, 2011,

ORDERED that the motion by defendant Gamil Hanna to terminate his term of supervised relief is hereby denied; and

IT IS FURTHER ORDERED that all other conditions of the judgment of conviction entered in this matter shall remain in full force and effect.

_____
HONORABLE JOSE L. LINARES
United States District Judge